# United States District Court
## Eastern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | |
| **CHARLES EDWARD GEARHEART JR** | **DOCKET NUMBER:** 6:23-mj-00006-HBK |

I, **Christopher Dell Isola,** Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **CHARLES EDWARD GEARHEART JUNIOR** did or was:

**Count 1:** Camping outside of designated sites or areas. 36 CFR 2.10(b)(10)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Carrying or possessing a loaded weapon in a motor vehicle, vessel or other mode of transportation. 36 CFR 2.4(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 3:** Possessing a controlled substance – psilocybin mushrooms (111.3 grams). 36 CFR 2.35(b)(2)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I have been employed by the National Park Service for 9 years in Yosemite National Park and have been a law enforcement officer for 6 months. I am a graduate of the Land Management Police Training Program at the Federal Law Enforcement Training Center.

I further state I am a commissioned Law Enforcement Officer with the National Park Service. This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On June 12th, 2023, at approximately 2300 hours while on patrol within the boundaries of Yosemite National Park I observed a white Ford van, CA license plate #9CIG251 backed into a parking spot at a turnout on Northside Drive west of Michaels Ledges. The van had foil shades covering the driver's side, passenger's side and front windows. Vehicles in that configuration at that time of night are often engaged in out-of-bounds camping.

Speedy Trial Act Applies: **No**                                         U.S. v. **GEARHEART**
                                                                          Criminal Complaint

I contacted GEARHEART at the side door of the van for an out-of-bounds camping violation. I identified GEARHEART by his name and date of birth. GEARHEART stated he was in Yosemite to attend a court hearing in reference to an improperly stored firearm violation from January 4th, 2023.

I asked GEARHEART to exit the vehicle. When he exited the vehicle, I saw a water pipe inside the vehicle which, based on my training and experience, is commonly used to ingest marijuana. GEARHEART consented to a search of his person for weapons. I asked GEARHEART if there were any guns in the vehicle and he stated, "no, of course not." During the search, GEARHEART appeared to lose consciousness. He was evaluated by medical personnel and he declined further treatment.

GEARHEART stated that the pipe was used to smoke tobacco. I told GEARHEART to remove the pipe from the vehicle for me to check it. Officer Blade confirmed that the pipe contained the odor of burned marijuana.

During a Carroll search of his vehicle, we located a small bag containing .3g of marijuana and dried psylocibin mushrooms packaged and weighed into 10 paper bags on top of a plastic 3-drawer dresser behind the driver's seat. The paper bags were individually marked with weights in grams. They contained a total of 111.3g of mushrooms. A scale was located in the back of the van on the driver's side near the bed. Additionally, we located a loaded Mossberg 590A shotgun in a cardboard box in the front passenger's seat. During the vehicle search, we confirmed GEARHEART'S identity with his CA driver's license.

GEARHEART was placed under arrest and transported to the Mariposa County Jail.

Body worn camera footage is available from Officers DELL ISOLA, BLADE, ZAVESKY, HESSE, RIPPETOE, O'BRIEN, KING, and TERRY.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

 06/13/2023                                         /s/ Christopher Dell Isola
Date                                                *Ranger: (Christopher Dell Isola)*
                                                    Law Enforcement Park Ranger
                                                    Yosemite National Park, CA

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this  13th  day of June, 2023.

Speedy Trial Act Applies: **No**                                              U.S. v. **GEARHEART**
                                                                              Criminal Complaint

June 13, 2023
_____
Date  HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Speedy Trial Act Applies: **No**  U.S. v. **GEARHEART**
Criminal Complaint