HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
KARA R. OTTERVANGER FL BN# 0112110
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
CHARLES GEARHEART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:23-mj-00006-HBK |
|---|---|
| Plaintiff, | 6:23-po-00079-HBK |
| vs. | **STIPULATION TO MODIFY MOTION SCHEDULE; [PROPOSED] ORDER** |
| CHARLES GEARHEART, | |
| Defendant. | |

    The parties, through their respective counsel, Assistant United States Attorneys Chan Hee Chu and Jeffrey A. Spivak, counsel for the United States of America, and Assistant Federal Defender Kara R. Ottervanger, counsel for Charles Edward Gearheart, Jr., hereby jointly move the Court to modify the motion schedule in these matters to extend the due-date of the Defendant's reply briefs with respect to the pending motions for suppression to December 22, 2023.

    This Court initially set a Rule 12 motion deadline of September 25, and ordered that the briefing schedule otherwise comply with the local rules. Defendant filed his suppression motions timely, and the parties jointly stipulated to extending the standard local rule time to file to give the parties additional time for the responses and replies. The Court granted that request. The parties again stipulated to another extension of time based on the Government's obligations in

other cases and the nature of the issues involved. The Court granted that request. The Government filed their responses on November 18, 2023. Defendant's replies are presently due on December 15, 2023.

Having received and reviewed the Government's response to the pending suppression motions, defense counsel believes additional time is needed to properly address the issues raised therein. Between the time of the Government's filing of the response and the due-date of Defendant's replies, defense counsel was out of the office for the Thanksgiving holiday, has had numerous other time-sensitive obligations on other cases, and has several upcoming status hearings, plea and sentencing hearings, and a full CVB calendar before this Court in Yosemite National Park, which requires travel. In addition, defense counsel is presently at a week-long work conference out of state, and has learned from her IT department that there is a fire-wall in place that blocks her from accessing the internet at the hotel where the conference is held, which also prevents her from accessing the FDO's VPN. Therefore, defense counsel is unable to access the discovery in this case, unable to do legal research, and unable to edit drafts that are saved on the FDO's server.

This matter is presently set for an evidentiary hearing on January 10, 2023. Defense counsel seeks only one additional week to file the replies, and the parties stipulate that this date will not affect the date of the hearing or otherwise delay this matter.

Accordingly, the parties stipulate and request that this Court extend the Defendant's reply deadline from December 15, 2023 to December 22, 2023.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 5, 2023

*/s/ Kara R. Ottervanger*
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
CHARLES GEARHEART

**O R D E R**

IT IS SO ORDERED.

Dated: _____

Honorable Helena Barch-Kuchta
United States Magistrate Judge