UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHARLES EDWARD GEARHEART, JR.,<br><br>　　　　　Defendant. | Case No. 6:23-mj-00006<br><br>ORDER GRANTING GOVERNMENT'S MOTION FOR PARTIAL RECONSIDERATION<br><br>(Doc. No. 32) |

Pending before the Court is the Government's Motion for Partial Reconsideration of the Court's May 7, 2024 Order Granting in Part Defendant's Request for an Evidentiary Hearing. (Doc. No. 32). Defendant, represented by the Federal Public Defender's Office, filed Objections. (Doc. No. 33). For reasons set forth below, the Court will grant the Motion.

On May 7, 2024, the Court ordered an evidentiary hearing "limited to testimony from Ranger Dell Isola and Ranger Blade concerning their observations on June 12, 2023 regarding the smell of Defendant Gearheart's water pipe and their relevant training and experience." (Doc. No. 29 at 3). The Court specified that "[t]he hearing shall last no more than 1.5 hours." (*Id*.). At a hearing on May 14, 2024, the Parties jointly requested the Court continue the evidentiary hearing from June 4, 2024 to July 10, 2024. (Doc. No. 31).

On July 1, 2024, the Government filed the instant Motion for Partial Reconsideration

1

1  pursuant to Local Rule 430.1.  Under that rule, a party may seek reconsideration of "any motion
2  [that] has been granted or denied in whole or in part" by setting forth "what new or different facts
3  or circumstances are claimed to exist that did not exist or were not shown upon such prior motion
4  or what other grounds exist for the motion."  L.R. 430.1(i) (E.D. Cal. 2023).

5       In its Motion, the Government requests that it be permitted to call one additional witness
6  at the July 10, 2024 evidentiary hearing in this matter.  (*See id*.).  The Government seeks to call
7  Ranger Ian J. Rippetoe, who is a supervising ranger and was present on June 12, 2023 during the
8  incident in question that led to the arrest of Defendant Gearheart.  (Doc .No. 32 at 1-2).
9  According to the Government, Rippetoe "personally confirmed the smell of marijuana from the
10 pipe and was also the individual who suggested Ranger Blade 'confirm' the smell."  (*Id*. at 2).
11 Further, as a supervising ranger, Ranger Rippetoe is "intimately familiar with both Ranger Dell
12 Isola and Blade's training and can provide testimony on that issue as well.  (*Id*.).

13      Defendant, represented by the Federal Public Defender's Office, objects because the
14 additional witness exceeds the scope of the hearing ordered by the Court, the Government does
15 not articulate any "compelling reason" why the additional witness is necessary, or why it could
16 not have made the request much earlier.  (Doc. No. 33 at 1-2).  Defendant argues "there is both
17 insufficient time and insufficient resources for Mr. Gearheart's counsel to prepare for an
18 additional adverse witness who is outside the scope of the May 7, 2024, Order in a manner that
19 would provide Mr. Gearheart with effective assistance of counsel."  (*Id*. at 2).

20      As an initial matter, the Government need not set forth "compelling reasons" to warrant
21 reconsideration of the Court's order.  Local Rule 430.1 vests the Court with broad authority to
22 reconsider its prior orders based "new or different facts or circumstances" or "other grounds . . .
23 for the motion."  L.R. 430.1(i).  Nor does the Rule set forth a time limiting when such a motion
24 may be filed.  *See id*.  Considering the Government's request, the Court finds good cause to grant
25 it.  Ranger Rippetoe can provide relevant testimony regarding the actions of the rangers at the
26 scene on June 12, 2023.  As a supervising ranger, Rippetoe can offer testimony as to the
27 experience and training of the other two rangers, and place in context the multiple examinations
28 of Defendant Gearheart's water pipe.  The Court does not find that preparing for one additional

witness, whose testimony will be limited to the narrow issues before the Court, will prevent Defense counsel from providing effective assistance of counsel.

Accordingly, it is hereby **ORDERED**:

1. The Government's Motion for Partial Reconsideration (Doc. No. 32) is **GRANTED to the extent set forth herein.**
2. The Government may call Supervising Ranger Ian J. Rippetoe as a witness at the evidentiary hearing on July 10, 2024 at 10 a.m. at the Yosemite Federal Courthouse.
3. The time allowed for the hearing shall be extended from no more than 1.5 hours to no more than two (2) hours.
4. The scope of the evidentiary hearing otherwise remains as set forth in the Court's May 7, 2024 Order.

Dated: July 2, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE