PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
Oct 01, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES GEARHEART,<br><br>Defendant. | Case No. 6:23-mj-00006-HBK<br><br>VIOLATIONS: COUNT ONE – CAMPING OUTSIDE OF DESITNATED SITES OR AREAS; COUNT 2 – POSSESSION OF A CONTROLLED SUBSTANCE; COUNT 3 – KNOWINGLY GIVING FALSE INFORMATION TO AN AUTHORIZED PERSON<br><br>[Class B Misdemeanors] |

**INFORMATION**

COUNT ONE:   36 C.F.R. § 2.10(b)(10) – Camping Outside of Designated Sites or Areas [Class B Misdemeanor]

The United States Attorney charges:  THAT

CHARLES GEARHEART

Defendant herein, on or about June 12, 2023, camped outside of a designated site and area in Yosemite National Park in the State and Eastern District of California, in violation of Title 36, Code of Federal Regulations, Section 2.10(b)(10).

/ / /

/ / /

COUNT TWO: 36 C.F.R. § 2.35(b)(2) – Possession of a Controlled Substance [psilocybin] [Class B Misdemeanor]

The United States Attorney further charges: THAT

CHARLES GEARHEART

Defendant herein, on or about June 12, 2023, possessed a controlled substance; to wit: psilocybin, in Yosemite National Park in the State and Eastern District of California, in violation of Title 36, Code of Federal Regulations, Section 2.35(b)(2).

COUNT THREE: 36 C.F.R. § 2.32(a)(3)(i) – Knowingly Giving False Information to an Authorized Person [Class B Misdemeanor]

The United States Attorney further charges: THAT

CHARLES GEARHEART

Defendant herein, on or about June 12, 2023, knowingly gave a false and fictious report and other false information to an authorized person investigating an accident and violation of law and regulation in Yosemite National Park, in the State and Eastern District of California, in violation of Title 36, Code of Federal Regulations, Section 2.32(a)(3)(i).

DATED: October 1, 2024                    Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By:    /s/ *Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney

*CHC*  
AUSA INITIALS

# PENALTY SLIP

**DEFENDANT:**   CHARLES E. GEARHEART

**COUNT ONE:**

    VIOLATION:   36 C.F.R. § 2.10(b)(10) – Camping Outside of Designated Sites or Areas  
   **[Class B Misdemeanor]**

    PENALTY:   
- (a) Imprisonment  
  Maximum: Six (6) Months  
- (b) Fine.  
  Maximum: Five Thousand Dollars ($5,000)  
- (c) Both Fine and Imprisonment.  
- (d) Penalty Assessment.  
  Mandatory: Ten Dollars ($10)

**COUNT TWO:**

    VIOLATION:   36 C.F.R. § 2.35(b)(2) – Possession of a Controlled Substance [psilocybin]  
   **[Class B Misdemeanor]**

    PENALTY:   
- (a) Imprisonment  
  Maximum: Six (6) Months  
- (b) Fine.  
  Maximum: Five Thousand Dollars ($5,000)  
- (c) Both Fine and Imprisonment.  
- (d) Penalty Assessment.  
  Mandatory: Ten Dollars ($10)

**COUNT THREE:**

    VIOLATION:    36 C.F.R. § 2.32(a)(3)(i) – Knowingly Giving False Information to an Authorized Person
                                  [**Class B Misdemeanor**]

    PENALTY:
- (a) Imprisonment
  Maximum: Six (6) Months
- (b) Fine.
  Maximum: Five Thousand Dollars ($5,000)
- (c) Both Fine and Imprisonment.
- (d) Penalty Assessment.
  Mandatory: Ten Dollars ($10)

**FORFEITURE ALLEGATION:**   N/A