HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #90011469
Assistant Federal Defender
Kara_Ottervanger@fd.org
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
CHARLES E. GEARHEART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHARLES E. GEARHEART,<br><br>Defendant. | Case No. 6:23-mj-06-HBK<br><br>DEFENDANT'S MOTION TO WITHDRAW MOTION AND VACATE HEARING DATE; [PROPOSED] ORDER<br><br>Date:   November 6, 2024<br>Time:  10:00 a.m.<br>Judge: Hon. Helena Barch-Kuchta |

Defendant Charles E. Gearheart, through his attorney, Assistant Federal Defender Kara R. Ottervanger, hereby moves to withdraw his October 10, 2024, motion for a bill of particulars and requests that this Court vacate the hearing set for November 6, 2024, at 10:00 a.m.

On October 1, 2024, the Government filed a Superseding Information [Doc. 44]. On October 10, 2024, Mr. Gearheart filed a motion for a bill of particulars. [Doc. 45]. The motion requested that the Government provide notice of the exact statement(s), and to whom those statements were made, that would support Count Three of the Superseding Information. *Id*.

After conversation between undersigned counsel and Assistant United States Attorney Chan Hee Chu, the motion for a bill of particulars is now moot. The Government has provided the requested information to Mr. Gearheart.

//

Accordingly, Mr. Gearheart hereby moves to withdraw his October 10, 2024, motion and requests that this Court vacate the hearing on November 6, 2024, at 10:00 a.m.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 17, 2024

*/s/ Kara R. Ottervanger*
KARA R. OTTERVANGER
Assistant Federal Defender
Attorney for Defendant
CHARLES E. GEARHEART

## O R D E R

**IT IS SO ORDERED.** The October 10, 2024, motion for a bill of particulars is hereby withdrawn and the hearing set for November 6, 2024, is vacated.

Dated: _____

_____
HONORABLE HELENA BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Gearheart – Motion to Withdraw Motion
and Vacate Hearing

2