HEATHER E. WILLIAMS, Bar #122664
Federal Defender
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559.487.5561/Fax: 559.487.5950

Attorney for Defendant
CHARLES E. GEARHEART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CHARLES E. GEARHEART,<br><br>*Defendant.* | Case No. 6:23-mj-00006-HBK<br><br>**APPEARANCE OF COUNSEL OF RECORD AND DESIGNATION OF COUNSEL FOR SERVICE** |

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Pursuant to Local Rule 182, and the Criminal Justice Act Plan for this district, Part VI, paragraph B, I confirm my appearance as counsel of record in this case for CHARLES E. GEARHEART, and designate counsel for service as follows:

> LISA N. LUMEYA
> Assistant Federal Defender
> 2300 Tulare Street, Suite 330
> Fresno, CA 93721-2226
> Telephone: (559) 487-5561

I hereby certify that I am an attorney admitted to practice in this court.

Dated: November 5, 2024

> */s/ Lisa N. Lumeya*
> LISA N. LUMEYA
> Assistant Federal Defender
> Attorney for Defendant
> Charles E. Gearheart

Appearance and Designation of Counsel                -1-