1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

**FILED**

Nov 25, 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,                 Case No. 6:23-mj-00006-HBK

12                      Plaintiff,

13  v.                                        VIOLATIONS: COUNT ONE – CAMPING
                                              OUTSIDE OF DESITNATED SITES OR AREAS;
14  CHARLES GEARHEART,                        COUNT 2 – POSSESSION OF A CONTROLLED
                                              SUBSTANCE; COUNT 3 – KNOWINGLY
15                      Defendant.            GIVING FALSE INFORMATION TO AN
                                              AUTHORIZED PERSON
16
                                              [Class B Misdemeanors]
17

18                  **SECOND SUPERSEDING INFORMATION**

19

20  COUNT ONE:     36 C.F.R. § 2.10(b)(10) – Camping Outside of Designated Sites or Areas
                   [Class B Misdemeanor]
21

22       The United States Attorney charges:  THAT

23                          CHARLES GEARHEART

24  Defendant herein, on or about June 12, 2023, camped outside of a designated site and area in Yosemite

25  National Park in the State and Eastern District of California, in violation of Title 36, Code of Federal

26  Regulations, Section 2.10(b)(10).

27  / / /

28  / / /

                                    1

1    COUNT TWO:        36 C.F.R. § 2.35(b)(2) – Possession of a Controlled Substance
                       [Class B Misdemeanor]
2

3        The United States Attorney further charges:  THAT

4                                CHARLES GEARHEART

5    Defendant herein, on or about June 12, 2023, possessed a controlled substance, to wit:  psilocyn and

6    psilocybin, in Yosemite National Park in the State and Eastern District of California, in violation of Title

7    36, Code of Federal Regulations, Section 2.35(b)(2).

8    COUNT THREE:      36 C.F.R. § 2.32(a)(3)(i) – Knowingly Giving False Information
                       to an Authorized Person
9                      [Class B Misdemeanor]

10       The United States Attorney further charges:  THAT

11                               CHARLES GEARHEART

12   Defendant herein, on or about June 12, 2023, knowingly gave a false and fictious report and other false

13   information to an authorized person investigating an accident and violation of law and regulation in

14   Yosemite National Park, in the State and Eastern District of California, in violation of Title 36, Code of

15   Federal Regulations, Section 2.32(a)(3)(i).

16

17   DATED: November 21, 2024                  Respectfully submitted,

18                                             PHILLIP A. TALBERT
                                               United States Attorney
19
                                        By:    /s/ *Chan Hee Chu*
20                                             CHAN HEE CHU
                                               Assistant United States Attorney
21

22

23

24

25

26

27

28

*CHC*
AUSA INITIALS

## PENALTY SLIP

**DEFENDANT:**     CHARLES E. GEARHEART

**COUNT ONE:**

    VIOLATION:       36 C.F.R. § 2.10(b)(10) – Camping Outside of Designated Sites or Areas
                    [**Class B Misdemeanor**]

    PENALTY:        (a)    Imprisonment
                            Maximum: Six (6) Months
                (b)    Fine.
                            Maximum: Five Thousand Dollars ($5,000)
                (c)    Both Fine and Imprisonment.
                (d)    Penalty Assessment.
                            Mandatory: Ten Dollars ($10)

**COUNT TWO:**

    VIOLATION:       36 C.F.R. § 2.35(b)(2) – Possession of a Controlled Substance
                    [**Class B Misdemeanor**]

    PENALTY:        (a)    Imprisonment
                              Maximum: Six (6) Months
                (b)    Fine.
                            Maximum: Five Thousand Dollars ($5,000)
                (c)    Both Fine and Imprisonment.
                (d)    Penalty Assessment.
                            Mandatory: Ten Dollars ($10)

**COUNT THREE:**

VIOLATION:    36 C.F.R. § 2.32(a)(3)(i) – Knowingly Giving False Information to an Authorized Person
**[Class B Misdemeanor]**

PENALTY:    (a)    Imprisonment
Maximum: Six (6) Months
(b)    Fine.
Maximum: Five Thousand Dollars ($5,000)
(c)    Both Fine and Imprisonment.
(d)    Penalty Assessment.
Mandatory: Ten Dollars ($10)

**FORFEITURE ALLEGATION:**    **N/A**