HEATHER E. WILLIAMS, CA BN #122664
Federal Defender
KARA R. OTTERVANGER CA BN# 354424
Assistant Federal Defender
LISA NDEMBU LUMEYA DC BN # 90017392
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950
Kara_Ottervanger@fd.org

Counsel for Defendant
CHARLES GEARHEART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:23-mj-00006-HBK |
| Plaintiff, | **STIPULATION TO MODIFY MOTION SCHEDULE; [PROPOSED] ORDER** |
| vs. | |
| CHARLES GEARHEART, | |
| Defendant. | |

The parties, through their respective counsel, Assistant Federal Defenders Kara R. Ottervanger and Lisa N. Lumeya, counsel for Charles Edward Gearheart, Jr., and Assistant United States Attorney Chan Hee Chu, counsel for the United States of America, hereby jointly move the Court to either 1) permit Mr. Gearheart to appear remotely for his initial appearance on the Government's Second Superseding Information or 2) reschedule the initial appearance until the morning of trial, which is currently scheduled for January 6, 2025. In support thereof, the parties stipulate as follows:

Mr. Gearheart was arrested on June 13, 2023, on a criminal complaint. [ECF # 1]. He was arraigned via video from Mariposa County Jail later that day. [ECF #2]. On October 1, 2024, the Government filed a Superseding Information, which removed one charge and replaced it with

1   another charge. [ECF # 44]. A at a status conference held on September 10, 2024, the Government
2   had apprised the Court and counsel for Mr. Gearheart that the superseding information would be
3   forthcoming. At that time, the Court scheduled a bench trial on January 6, 2025, and an initial
4   appearance on the forthcoming superseding information to be held on November 6, 2024.
5   Undersigned counsel orally moved the Court to allow Mr. Gearheart to appear remotely via video
6   at the November 6, 2024, initial appearance. The Government did not object, and the Court granted
7   the Defense's motion.

8   On November 6, 2024, Mr. Gearheart appeared remotely via video as ordered for an initial
9   appearance on the Superseding Information and a status conference in his case. At that time, the
10  Court scheduled a Pre-trial Hearing for December 10, 2024, and expressly granted a Rule 43
11  waiver to Mr. Gearheart for that hearing.

12  On November 25, 2024, the Government filed a Second Superseding Information. This
13  information simply clarifies that the controlled substance Mr. Gearheart is accused of possessing
14  in Count Two is *either* psylocibin *and/or* psilocin. It does not otherwise materially alter the
15  charges.

16  Just as was the case previously, Mr. Gearheart does not have reliable transportation and is
17  understandably hesitant to come into the park with his vehicle, should it even be operating at the
18  time. Mr. Gearheart has lost his job and is under constant financial strain. He also recently lost his
19  housing. Furthermore, Mr. Gearheart previously believed he did not have to appear in Court in
20  December, and did not plan to do so. Finally, as the Court is well aware, travel into Yosemite
21  National Park in the winter can be perilous due to snow and related weather conditions.

22  To the extent the Court construes it as necessary to do so, Mr. Gearheart waives his right
23  to be present at the arraignment under Federal Rule of Criminal Procedure 43 (b)(2).

24  Based on the foregoing, the parties stipulate and request that this Court either 1) permit Mr.
25  Gearheart to appear remotely for his initial appearance on the Government's Second Superseding
26  Information or 2) reschedule the initial appearance until the morning of trial, which is currently
27  scheduled for January 6, 2025.

28  / /

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 4, 2024          /s/ Kara R. Ottervanger
                                KARA R. OTTERVANGER
                                LISA N. LUMEYA
                                Assistant Federal Defenders
                                Counsel for Defendant
                                CHARLES GEARHEART

Date: December 4, 2024          PHILLIP A. TALBERT
                                United States Attorney

                                /s/ Chan Hee Chu
                                CHAN HEE CHU
                                Assistant United States Attorney

## **O R D E R**

IT IS SO ORDERED that the Defendant, Charles E. Gearheart, may appear remotely via video at his initial appearance on the Second Superseding Information, scheduled for December 10, 2024, at 10:00 a.m. / that the initial appearance on the Second Superseding Information is rescheduled for January 6, 2025, at 10:00 a.m., prior to the bench trial in this matter.

Dated: _____        _____
                                Honorable Helena Barch-Kuchta
                                United States Magistrate Judge