HEATHER E. WILLIAMS, CA Bar # 122664
Federal Defender
KARA R. OTTERVANGER, CA Bar # 354424
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561
Kara_Ottervanger@fd.org

Counsel for Defendant
CHARLES GEARHEART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff,*<br><br>vs.<br><br>CHARLES GEARHEART,<br><br>*Defendant,* | Case No. 6:23-mj-006-HBK<br><br>**DECLARATION OF KARA OTTERVANGER IN SUPPORT OF MOTION TO DISMISS** |

I, Kara R. Ottervanger, declare as follows:

1. I am an Assistant Federal Defender with the Office of the Federal Defender for the Eastern District of California.

2. In my capacity as an Assistant Federal Defender, I represent defendants charged with misdemeanor offenses in the Yosemite Division of the Eastern District of California.

3. On June 13, 2023, I was appointed to represent Charles E. Gearheart in case numbers 6:23-mj-06-HBK and 6:23-po-079-HBK.

4. At that time, the court ordered the government to provide discovery in both cases within 14 days.

5. On June 15, 2023, the government provided one batch of initial discovery which included discovery for both cases. That included the following:

| Date | Description | Source |
|---|---|---|
| 1/4/2023 | Axon_Body_3_Video_2023-01-04_1523_X60A3081T | Hesse, S. - NPS |
| 1/4/2023 | Axon_Body_3_Video_2023-01-04_1528_X60A3138Z | Blade, Jacob - NPS |
| 6/13/2023 | GEARHEART (video) | Dell Isola, Chris - NPS |
| 6/13/2023 | GEARHEART-2 (video) | Dell Isola, Chris - NPS |
| 6/13/2023 | GEARHEART-3 (video) | Dell Isola, Chris – NPS |
| 6/13/2023 | GEARHEART-4 (video) | Blade, Jacob – NPS |
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0203_X60A3081T | Hesse, Stephany - NPS |
| 1/4/2023 | E116675-44-CA76-A - Ticket - | Hesse, S. - NPS |
| 1/4/2023 | E116675-44-CA76-C - Statement of Probable Cause: Report | Hesse, S. – NPS |
| 1/6/2023 | 000001-2: General Report - Officer Hesse's report of the incident | Hesse, S. - NPS |
| 6/13/2023 | 000003: Criminal History report/ Charles Gearheart | |
| 1/4/2023 | 000005: Statement of Probable Cause - Unsigned/undated ticket version | Hesse, S. - NPS |
| 6/13/2023 | 000006-9: Pretrial Services Report - Report of PTO Beckwith | Beckwith, Ryan - PTS |
| 6/13/2023 | 0000010-12: General Report - Report of officer Dell Isola | Dell Isola, Christopher - NPS |
| 6/13/2023 | 000013: Supplementary Incident Report - Report of officer Zavesky | Zavesky, A - NPS |

6. On August 12, 2023, the government provided supplemental discovery in Case No. 6:23-mj-06-HBK. That included the following:

| | | |
|---|---|---|
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0212_X60A3798T | Terry, Michael - NPS |
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0342_X60A3798T | Terry, Michael - NPS |
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0357_X60A3798T | Terry, Michael - NPS |
| 6/13/2023 | C._King_Gearheart (video) | *King, Cameron - NPS* |
| 6/15/2023 | Axon_Body_3_Video_2023-06-15_1542_X60A3199Y | Dell Isola, Chris - NPS |

7. On September 20, 2023, after continuing to review what had been provided, I noticed that the discovery received did not appear to include all referenced and recorded evidence. I sent an email to Supervisory Ranger Michael Hastings, Assistant United States Attorney Jeffrey Spivak, and Yosemite Legal Officer Sean Anderson, requesting "a list of all the videos in the two Charles Gearheart cases."

8. On September 21, 2023, the government provided supplemental discovery in Case No. 6:23-mj-06-HBK. That included the following:

| | | |
|---|---|---|
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0410_X60A3886T | O'Brien, Dillon - NPS |
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0208_X60A3886T | O'Brien, Dillon - NPS |
| 6/13/2023 | GEARHEART_transport (video) | Zavesky, A. - NPS |
| 6/13/2023 | GEARHEART_transport-2 (video) | Zavesky, A. - NPS |
| 6/13/2023 | GEARHART (video) | Zavesky, A. - NPS |

9. On September 21, 2023, Ranger Hastings advised that he provided additional videos and two indexes of the videos from each incident.

10. On September 22, 2023, I responded to this email chain, copying members of Mr. Gearheart's defense team, mentioning "that I also do not have reports from anyone other than Ranger Hesse from the first encounter on 1/4/23" and that "Dell Isola's report lists 8 Rangers," "but I only have BWC from" four of them and "I only have reports from" two

of them. I asked, "did the others write reports / have the BWC [body worn camera] on." I did not hear back.

11. On September 25, 2023, pursuant to the Court's scheduling order [ECF # 7], I filed a Motion to Dismiss the gun charge in both cases pursuant to *New York State Rifle & Pistol Association, Inc. v. Bruen*, 142 S. Ct. 2111 (2022) and the Second Amendment, and I filed a Motion to Suppress in each case based on improper searches under the Fourth Amendment and improper questioning under *Miranda v. Arizona*, 384 U.S. 436, 444 (1966) and the Fifth Amendment.

12. In the Motion to Suppress in Case No. 6:23-po-079-HBK, I included a footnote that stated:

> Mr. Gearheart further reserves the right to amend or supplement this Motion with additional information should it become available. Specifically, there are four male rangers (believed to be Rangers Cassling, Blade, White, and Sullens based on Ranger Hesse's written citation) visible on Ranger Hesse's body worn camera footage, for a total of five rangers. However, only Ranger Hesse's report has been produced to Mr. Gearheart and only Rangers Hesse's and Blade's camera footage has been produced to Mr. Gearheart.

13. In the Motion to Suppress in Case No. 6:23-mj-06-HBK, I included a footnote that stated:

> Mr. Gearheart further reserves the right to amend or supplement this Motion with additional information should it become available. Specifically, there at least eight rangers visible on the body worn camera (BWC) footage provided to Mr. Gearheart, believed to be Rangers Dell Isola, Blade, Zavesky, Hesse, Rippetoe, O'Brien, King, and Terry, based on Ranger Dell Isola's report. However only Rangers Dell Isola and Zavesky's reports, and only some of the eight rangers' videos, have been provided to Mr. Gearheart.

14. On October 2, 2023, Assistant United States Attorney Chan Hee Chu sent me an email asking me to share a list of discovery that I was seeking. Yosemite Legal Officer Sean Anderson, Supervisory Ranger Michael Hastings, and Assistant United States Attorney Jeffrey Spivak were included as recipients on the email. Collectively, these individuals constitute "the government" on the Gearheart cases.

15. On October 3, 2023, I responded to Mr. Chu's email listing what I *had* received, and stated that I did *not* have the following:

> For the 1/4/23 interaction, I do not have video from Ranger White, Ranger Cassling, or Ranger Sullens.
> For the 1/4/23 interaction, I do not have a report from Ranger White, Ranger Cassling, Ranger Sullens, or Ranger Blade.
> For the 6/13/23 interaction, I do not have video from Ranger Rippetoe.
> For the 6/13/23 interaction, I do not believe I have *all* of the video from Ranger Hesse.
> For the 6/13/23 interaction, I do not know whether I have *all* of the video from Ranger O'Brien, Ranger King, Ranger Terry, or Ranger Zavesky.
> For the 6/13/23 interaction, I do [not] have a report from Ranger Blade, Ranger Hesse, Ranger Rippetoe, Ranger King, Ranger Terry, or Ranger O'Brien.

16. On October 3, 2023, the government provided supplemental discovery for both cases. That included the following:

| | | |
|---|---|---|
| 1/4/2023 | Axon_Body_3_Video_2023-01-04_1537_X60A3934W | Sullens, Nicholas - NPS |
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0236_X60A3081T | Hesse, Stephany - NPS |
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0213_X60A3816S | Rippetoe, Ian - NPS |
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0424_X60A3138Z | Blade, Jacob – NPS |
| 6/13/2023 | Axon_Body_3_Video_2023-06-13_0407_X60A3138Z | Blade, Jacob – NPS |

17. On October 4, 2023, Supervisory Ranger Michael Hastings responded clarifying whether the government, via the National Park Service agency, had any of those items. He put his responses in parentheses next to my original requests:

> For the 1/4/23 interaction, I do not have video from Ranger White (Deleted after 6 month's due to improper categorization), Ranger Cassling (Deleted after 6 month's due to improper categorization), or Ranger Sullens (Shared).

> For the 1/4/23 interaction, I do not have a report from Ranger White, Ranger Cassling, Ranger Sullens, or Ranger Blade. (Due to these ranger's roles in this contact and the type of incident no one would have generated a report)

> For the 6/13/23 interaction, I do not have video from Ranger Rippetoe (Shared).

> For the 6/13/23 interaction, I do not believe I have *all* of the video from Ranger Hesse (All Shared).
>
> For the 6/13/23 interaction, I do not know whether I have *all* of the video from Ranger O'Brien, Ranger King, Ranger Terry, or Ranger Zavesky (All Shared and no other videos exist).
>
> For the 6/13/23 interaction, I do [not] have a report from Ranger Blade, Ranger Hesse, Ranger Rippetoe, Ranger King, Ranger Terry, or Ranger O'Brien (All Shared and no other reports exist).

18. On October 4, 2023, I responded to the ongoing email chain with the government stating that I had received the five additional videos and asked "[c]an you confirm whether this—in addition to what I listed yesterday as having been produced—is all the evidence that the Government plans to produce for both of M[r.] Gearheart's cases?" I did not hear back.

19. On November 17, 2023, the government filed its Opposition to my Motion to Suppress in Case No. 6:23-mj-006-HBK. Mr. Chu attached a report from Ranger Christopher Cassling, which had not been produced to me as part of discovery.

20. On December 15, 2023, I responded to the existing email chain with the government and pointed out that the Cassling report had not been provided to me. I continued, "I am writing once again to confirm whether there is any other outstanding discovery that has not been produced in either of Mr. Gearheart's cases. If so, I request that you produce it by end of business Monday, December 18, 2023."

21. Mr. Chu responded that day stating, "we'll ask the rangers again to re-check their files and make sure to send anything unsent."

22. I responded to that email thanking Mr. Chu for "having everyone involved check again," and reiterated:

> To the extent that my previous requests were not clear, and in keeping with the government's continuing duty to disclose, please consider this a request for *all* discovery associated with both incidents. That would include, but not be limited to, Ranger Cassling's report and any body-worn camera footage that Ranger Cassling may have generated during his inventory/processing of the evidence.

23. By June 14, 2024, I had not received any additional discovery or heard back from Mr. Chu in response to my December 15 email requests. I sent an email to the government, pointing

out that the Cassling report—that had still not been produced to me—made reference to "the remainder of the processing the evidence [had been turned over] to USPR's Michael Terry and Ian Rippetoe." I then stated, "Do you have the reports from either of these rangers documenting the processing of that evidence? If so, please consider this a request that you produce those to me."

24. Mr. Chu responded via email that day advising that they would ask again. I understood this to mean that he would ask the Yosemite National Park rangers involved in the incident. I did not hear back.

25. On July 11, 2024, I received additional discovery that was largely duplicative but included the Cassling report.

26. On November 7, 2024, I received discovery regarding the criminologist that the government hired regarding the alleged psilocybin / psilocybin.

27. On February 26, 2025, I received discovery regarding the criminologist that the government hired regarding the alleged psilocybin / psilocybin.

28. On March 3, 2025, I received for the first time a chain of custody report for the evidence seized from Mr. Gearheart's van. Although the report shows it was printed that same day, the report includes logs of the evidence in the case dating back to June 13, 2023. The most recent entry in the log is January 22, 2024.

29. At 3:34 p.m. on March 5, 2025, the government produced an additional 70 pages of discovery.

30. I received discovery unrelated to the pending motion to dismiss on November 21, 2023, and October 15, 2024.

31. In the cover letter for each batch of discovery produced, the government states that it will "seek to bar the introduction and use of evidence not produced pursuant to this reciprocal discovery request."

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 5th day of March, 2025, in Fresno, California.

/s/ Kara R. Ottervanger
KARA R. OTTERVANGER