MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>CHARLES EDWARD GEARHEART, JR.,<br><br>                    Defendant. | Case No. 6:23-mj-00006-CDB<br><br>MOTION AND [PROPOSED] ORDER FOR DISMISSAL COUNT TWO OF THE SECOND SUPERSEDING INFORMATION |

   The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Count Two of the Second Superseding Information in Case No. 6:23-mj-00006-CDB against CHARLES EDWARD GEARHEART, JR., with prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

   The parties have had ongoing discussions and agree that dismissal will moot Defendant's discovery motion filed on March 5, 2025.[1]

---

[1] The United States does not concede that any discovery violation occurred in this case.

DATED: March 10, 2025

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

By: /s/ *Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that COUNT TWO of the Second Superseding Information in Case No. 6:23-mj-00006-CDB against CHARLES EDWARD GEARHEART, JR. be dismissed, with prejudice, in the interest of justice.

DATED: March _____, 2025

_____
HON. HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE