1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | Case No. 6:23-mj-00006-CDB |
| 12           Plaintiff, | |
| 13  v. | ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS COUNT TWO OF THE SECOND SUPERSEDING INFORMATION |
| 14  CHARLES EDWARD GEARHEART, JR., | |
| 15           Defendant. | (DOC. NO. 67) |
| 16 | ORDER FINDING DEFENDANT'S MOTION TO DISMISS COUNT TWO MOOT |
| 17 | (DOC. NO. 63) |

18

19    Pending before the Court is the government's motion to dismiss Count Two of the Second

20 Superseding Information in Case No. 6:23-mj-00006-CDB against CHARLES EDWARD

21 GEARHEART, JR., with prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules

22 of Criminal Procedure filed (Doc. No. 67).  Also, pending is Defendant's discovery motion seeking

23 dismissal of Count Two as a sanction filed on March 5, 2025. (Doc. No. 63).   A "court's discretion to

24 deny leave [under Rule 48] is limited" and is only permitted where "the motion was clearly contrary to

25 manifest public interest." *United States v Gonzalez,* 58 F.3d 459, 461-462 (9th Cir. 1995); *United States*

26 *v. Garcia-Valenzuela*, 232 F.3d 1003, 1008 (9th Cir. 2000) (finding the district court had abused their

27 discretion in denying a Rule 48 because there was "no evidence … that the government's motion was

28 contrary to public interest.").

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Accordingly, it is hereby ORDERED:

1.  The Government's Motion to Dismiss (Doc. No. 67) is GRANTED and COUNT TWO of the Second Superseding Information in the above case is DISMISSED, with prejudice.

2.  Defendant's Motion to Dismiss (Doc. No. 63) is MOOT.


Dated:    March 10, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2