UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CHARLES EDWARD GEARHEART, JR.,<br><br>　　　　　Defendant. | Case No. 6:23-mj-00006-HBK-1<br><br>ORDER FOR PSYCHIATRIC OR PSYCHOLOGICAL EXAMINATION |

Upon consideration of Defendant Charles Edward Gearheart's unopposed motion, the Court seeks additional information regarding the mental health condition of Defendant.[1] Accordingly, Mr. Gearheart is ordered to undergo a psychiatric or psychological examination in connection with the government's petition for violation of probation.

On May 30, 2025, Defendant appeared with counsel for a detention hearing. During the hearing, defense counsel expressed concerns regarding the defendant's mental condition and orally moved for a psychological evaluation. In support of the motion, counsel stated that an evaluation is necessary to determine her client's mental diagnosis. The government agreed and does not oppose the motion.

---

[1] The Court acknowledges that Defendant does not seek a competency determination; therefore, a motion brought pursuant to 18 U.S.C. § 4241 would be inappropriate. However, the Court has the authority to order an evaluation to assess mental health concerns relevant to probation compliance and rehabilitation in accordance with 18 U.S.C. § 3552. *See, e.g.* United States v. Mosley, 277 F. Supp. 3d 1294, 1300 (M.D. Ala. 2017) ("Pursuant to 18 U.S.C. § 3552(b), the examining psychiatrists or psychologists shall evaluate defendant['s] [ ] psychological condition for the purposes of sentencing and shall include their findings in a report to be presented to this court.").

1

Further, the Court has observed Defendant's behavior in multiple hearings and has noted, based on various reports, that Defendant has demonstrated unpredictable behavior and significant difficulty in managing his emotional responses. Indeed, the Court ordered Defendant to participate in a mental health evaluation as part of the conditions of his supervised probation. (*See* Judgment in Criminal Case, Doc. No. 77 at p.4, ¶1).

Section 3552(c) further authorizes the Court to order a psychiatric or psychological examination and report when it "desires more information than is otherwise available to it as a basis for determining the mental condition of the defendant" pursuant to Section 4244(b). Under section 4244(b), when the Court orders such an evaluation, it must be conducted by a qualified examiner. *See* 18 U.S.C. § 4247(b). The examiner then prepares a report detailing, *inter alia*, the defendant's mental condition, diagnosis, and prognosis. *See* 18 U.S.C. § 4247(c).

Accordingly, it is hereby ORDERED:

1. As previously directed by its Judgment, and consistent with 18 U.S.C. §§ 3552(c) and 4244(b), a psychiatric or psychological examination of the Defendant shall be conducted by U.S. Probation, and a corresponding psychiatric or psychological report shall be filed with the Court in accordance with 18 U.S.C. § 4247(b)-(c).

2. The United States Marshal's Service is directed to transfer the Defendant to a suitable facility or location for the examination by U.S Probation. The Court recommends placement in a facility within reasonable proximity to this District.

3. U.S. Probation may share a copy of the psychiatric or psychological report with defense counsel, Galatea DeLapp.

4. The Court sets this matter for a video status conference for July 3, 2025 at 2:00 P.M.

Dated:   June 5, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

Copy: Ronnie Preap, Supervising United States Probation Officer