UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES EDWARD GEARHEART JR.,<br><br>Defendant. | Case No. 6:23-mj-00006-HBK-1<br><br>ORDER GRANTING SEALED MOTION TO WITHDRAW AS DEFENSE COUNSEL<br><br>(Doc. No. 111) |

Pending before the Court is the Emergency Ex Parte Motion to Withdraw of Counsel filed under seal on October 9, 2025 by Movant Galatea DeLapp, Counsel for Defendant. (Doc. No. 111, "Motion"). The Motion, which is supported by a Declaration of Counsel and an Exhibit was directed to be sealed by the Court without service upon the government.[1] The Court finds the Motion, as supported by the Declaration and Exhibit, demonstrates a finding of a serious breakdown of the attorney-client relationship and satisfies The California Rules of Professional Conduct to authorize withdrawal of counsel which would deprive Defendant of effective assistance of counsel. Cal. R. Prof. Conduct 1.16(b)(3), 1.16(b)(4), 1.16b)(5).

Accordingly, it is hereby ORDERED:

1. Movant's Emergency Ex Parte Motion to Withdraw of Counsel (Doc. No. 111) is

---

[1] Due to the documents containing confidential attorney-client communications, the Court found it was "clearly appropriate not to serve" the material on the government. Local Rule 141(b),

GRANTED.

2. Movant Galatea DeLapp is relieved of her duties as Counsel for Defendant immediately upon appointment of new counsel.

3. The Clerk shall appoint Criminal Justice Act (CJA) panel counsel to represent Defendant in this matter.

Dated: October 9, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2