IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 6:23-mj-00006-HBK |
| Plaintiff, | ) ORDER OF RELEASE |
| vs. | ) |
| CHARLES EDWARD GEARHEART, JR., | ) |
| Defendant. | ) |

The above named defendant having been sentenced on December 3, 2025 to TIME SERVED,

IT IS HEREBY ORDERED that the defendant shall be released December 3, 2025.  A certified Judgment and Commitment order to follow.

Date: 12/3/2025     _____

U.S Magistrate Judge

Order of Release - 1